IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
MARCELLUS KEVIN HYSON    CASE NO. 11-54149 G
MARIAN REGINA HYSON
5826 CLIPPER PORT
SAN ANTONIO, TX  78239
a/k/a
d/b/a
    Debtors

---

TRUSTEE'S RECOMMENDATIONS CONCERNING CLAIMS
(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)

---

NO HEARING WILL BE CONDUCTED ON THIS TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE, THE DEBTOR(S), DEBTOR'S ATTORNEY, AND ANY OTHER AFFECTED PARTY WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.  EACH CLAIM FOR WHICH THERE IS NO RESPONSE OR OBJECTION TIMELY FILED AND SERVED WILL BE TREATED AS LISTED IN THE ATTACHED SCHEDULES, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.  IF A RESPONSE OR OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING ON NOT LESS THAN THIRTY (30) DAYS NOTICE, WITH RESPECT TO ONLY THAT CLAIM TO WHICH OBJECTION OR RESPONSE HAS BEEN FILED.

By Order of the court, the Trustee's Recomendation Concerning Claims  (TRCC) shall be deemed a BAR DATE for objecting to claims, for contesting the validity or priority of liens, and for challenging the priority of claims.  Said BAR DATE shall be deemed to be THE THIRTIETH (30TH) DAY AFTER THE DATE OF SERVICE OF THE TRCC, AS REFLECTED IN THE CERTIFICATE SERVICE ATTACHED THERETO.  Any objection to claim, any motion or adversary proceeding contesting the validity or priority of any lien, or any challenge to the priority of any claim may not be filed after the expiration of the bar date except upon leave of Court, after motion requesting such leave, and upon notice and hearing to the Standing Chapter 13 Trustee, the debtor, the debtor's counsel, and the ten largest unsecured creditors  (including, where applicable, the Internal Revenue Service).

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MARY K. VIEGELAHN, Trustee in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1.  All parties are specifically advised that, amoung others, L. Rule 3007 shall apply to this Trustee's Recommendation Concerning Claims (TRCC).

2.  The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed.  Attached are Schedules I (Secured, Priority, and Special Class claims) and II (general unsecured claims) containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

VALUATION OF COLLATERAL

3.  The Court has previously made a final and binding determination of the value of certain property which may constitute collateral securing certain creditors' claims.  These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I.

4.  Certain creditors may have timely filed proofs of claim which evidence a perfected security interest in additional collateral not previously valued by the Court.  The Trustee has made a recommendation to the Court in Schedule I concerning the value of such collateral and the treatment of each such creditor's claim.  Such recommendation is deemed to be a motion to determine the

value of such creditor's secured claim.  UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN 30 DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## TRUSTEE'S OBJECTIONS TO CLAIMS

5.  To the extent the classification as a secured or unsecured claim or the allowed amount of a secured claim on Schedule I or II of  the TRCC differs from the Creditor's Proof of Claim, the Trustee's Recommendation Concerning Claims is deemed an objection to such claim and contests the amounts or the validity or extent of the security interest therein.  UNLESS A TIMELY (WITHIN 30 DAYS OF THE SERVICE HEREOF) RESPONSE OR OBJECTION IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE CLASSIFIED AND ALLOWED ONLY IN THE MANNER AND AMOUNT LISTED IN THE ATTACHED SCHEDULES TO THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS.  SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE SECURED STATUS OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## UNSECURED CLAIMS TAKEN FROM PROOF
## OF CLAIM WITHOUT TRUSTEE'S OBJECTION

6.  The amounts in the attached Schedule II to the TRCC were taken directly from the proofs of claim.  Unless otherwise noted, the Trustee does not contest these claims.  If the Debtor or any creditor wishes to contest any of these claims, an objection to each claim contested must be filed within thirty (30) days from the date of service hereof.

7.  All responses to the TRCC or any objections to claims must be filed within thirty  (30) days from the date of service hereof with the United States Bankruptcy Clerk P.O. Box 1439, San Antonio, Texas 78295, and served on all appropriate parties in accordance with the Bankruptcy Rules.


DATED: December 18, 2013


MARY K. VIEGELAHN
10500 HERITAGE BLVD, STE. 201
SAN ANTONIO, TX  78216
(210)824-1460


Electronically Filed By
MARY K. VIEGELAHN

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:
   MARCELLUS KEVIN HYSON                                          CASE NO. 11-54149 G
   MARIAN REGINA HYSON
   5826 CLIPPER PORT
   SAN ANTONIO, TX  78239
     a/k/a
     d/b/a
        Debtors

## SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION |
|---|---|---|---|
| Bus & Prof Service<br>621 N Alamo St<br>San Antonio, TX  78215 | 0.00<br>334488/00001 | 0.00 % | UNSECURED<br>NOT FILED<br>1348<br>Collection Attorney - ALAMO CITY MEDICAL GROUP |
| CAVALRY PORTFOLIO SERVICES LLC<br>AS ASSIGNEE OF MITSUBISHI<br>500 SUMMIT LAKE DRIVE SUITE 400<br>VALHALLA, NY  10595<br><br>DISALLOWED BY ORDER | 0.00<br>356266/00002 | 0.00 % | UNSECURED<br>PERMO:     0.00<br>1604<br>MITSUBISHI - ORDER DISALLOWING CLAIM #5 & #5-2 $10,776.39 |
| Cheyenne Valley Assoc. Management<br>1600 NE Loop 410, Ste 202<br>San Antonio, TX  78209 | 0.00<br>358367/00023 | 6.50 % | SECURED<br>NOT FILED<br>0002<br>HOA@CLIPPER PORT |
| Compass Resolution Services<br>PO Box 15253<br>Irvine, CA  92623 | 0.00<br>358368/00025 | 0.00 % | HOME ARREARS<br>NOT FILED<br><br>5826 CLIPPER PORT |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
   MARCELLUS KEVIN HYSON                                                  CASE NO. 11-54149 G
   MARIAN REGINA HYSON
   5826 CLIPPER PORT
   SAN ANTONIO, TX 78239
   a/k/a
   d/b/a
        Debtors

## SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| CONN APPLIANCES INC AS ATTORNEY IN FACT & SERVICER<br>IN FACT FOR CONN CREDIT I LP<br>(FKA CAI LP DBA CONN'S)<br>P O BOX 2358<br>BEAUMONT, TX 77704 | 2,237.34<br>347728/00026 | 6.50 % | SECURED<br>PERMO:<br>5596<br>FRIDGE/FULLY SEC | 150.00 |
| | FULLY SECURED | | | |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | 0.00<br>355441/00005 | 0.00 % | UNSECURED<br>NOT FILED<br>5233 | |
| GENERATIONS FEDERAL CREDIT UNION<br>P O BOX 791870<br>ATTENTION: LORIE GARCIA, BANKRUPTCY SPECIALIST<br>SAN ANTONIO, TX 78279 | 6,095.01<br>389613/00027 | 6.50 % | SECURED BY VEHICLE<br>PERMO:<br>857970 0021<br>01 FORD F150/FULLY SEC | 490.00 |
| | FULLY SECURED | | | |
| MERRICK BANK<br>C/O RESURGENT CAPITAL SVCS<br>P O BOX 10368<br>GREENVILLE, SC 29603-0368 | 0.00<br>232300/00032 | 0.00 % | UNSECURED<br>PERMO:<br>3272<br>ORD DISALLOW 5-17-12 $486.83 | 0.00 |
| | DISALLOWED BY ORDER | | | |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
  MARCELLUS KEVIN HYSON                                              CASE NO. 11-54149 G
  MARIAN REGINA HYSON
  5826 CLIPPER PORT
  SAN ANTONIO, TX  78239
    a/k/a
    d/b/a
        Debtors

## SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND DR<br>LEWISVILLE, TX  75067 | 135,894.43<br>88584/00020 | 0.00 % | SECURED<br>PAID DIRECT<br>1651 - 9907<br>CLIPPER PORT/OUTSIDE/BOA | |
| | | | TO BE PAID DIRECT WITH DEBTOR AS DISBURSING AGENT | |
| NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND DR<br>LEWISVILLE, TX  75067 | 32,636.31<br>88584/00021 | 0.00 % | HOME ARREARS<br>PERMO:<br>1651 - 9907<br>5826 CLIPPER PORT/BoA | 0.00 |
| | | | FULLY SECURED | |
| Nco Fin/55<br>Attn: Compliance Dept<br>PO Box 15087<br>Wilmington, DE  19850 | 0.00<br>345744/00011 | 0.00 % | UNSECURED<br>NOT FILED<br>1209<br>Collecting for - TRAVIS<br>EMERGENCY PHYSICIANS | |
| QUANTUM3 GROUP LLC AS AGENT FOR CAPIO PARTNERS LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | 0.00<br>355387/00036 | 0.00 % | UNSECURED<br>PERMO:<br>0329<br>BAPTIST EMERGENCY<br>PHYSICIANS - ORD DISALLOW 6-5-12 $184.00 | 0.00 |
| | | | DISALLOWED BY ORDER | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:
   MARCELLUS KEVIN HYSON                            CASE NO. 11-54149 G
   MARIAN REGINA HYSON
   5826 CLIPPER PORT
   SAN ANTONIO, TX 78239
   a/k/a
   d/b/a
        Debtors

## SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION |
|---|---|---|---|
| Uds<br>702 Felix St<br>Saint Joseph, MO 64501 | 0.00<br>294410/00015 | 0.00 % | UNSECURED<br>NOT FILED<br>6208 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
MARCELLUS KEVIN HYSON
MARIAN REGINA HYSON
5826 CLIPPER PORT
SAN ANTONIO, TX  78239
a/k/a
d/b/a
    Debtors

CASE NO. 11-54149 G

## SCHEDULE II

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---:|---:|---|---:|
| Bexar County<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson<br>711 Navarro, Ste. 300<br>San Antonio, TX  78205 | 0.00<br>333429/00022 | 0.00 % | SECURED<br>PAID DIRECT<br><br>TAX@CLIPPER PORT/OUTSIDE | |
| Compass Resolution Services<br>PO Box 15253<br>Irvine, CA  92623 | 0.00<br>358368/00024 | 0.00 % | SECURED<br>PAID DIRECT<br><br>CLIPPER PORT/OUTSIDE | |
| Department of Education<br>FedLoan Servicing<br>P.O. Box 530210<br>Atlanta, GA  30355-3000 | 7,940.49<br>346012/00006 | 0.00 % | UNSECURED<br>PERMO:<br>1466 | 0.00 |
| Fed Loan Servicing<br>PO Box 69184<br>Harrisburg, PA  17106 | 0.00<br>343680/00008 | 0.00 % | UNSECURED<br>PERMO:<br>0002<br>COMBINED WITH LOAN # 6 | 0.00 |
| GENERATIONS FEDERAL CREDIT UNION<br>P O BOX 791870<br>ATTENTION: LORIE GARCIA, BANKRUPTCY SPECIALIST<br>SAN ANTONIO, TX  78279 | 953.29<br>389613/00009 | 0.00 % | UNSECURED<br>PERMO:<br>857970/0003 | 0.00 |
| LINDIA LLC<br>P O BOX 3978<br>WEINSTEIN & RILEY<br>SEATTLE, WA  98124 | 835.58<br>346561/00003 | 0.00 % | UNSECURED<br>PERMO:<br>3590<br>CAPITAL ONE | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:
    MARCELLUS KEVIN HYSON                          CASE NO. 11-54149 G
    MARIAN REGINA HYSON
    5826 CLIPPER PORT
    SAN ANTONIO, TX 78239
    a/k/a
    d/b/a
        Debtors

## SCHEDULE II

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| NELNET on behalf of<br>TEXAS GUARANTEED STUDENT LOAN<br>CORPORATION<br>P O BOX 659602<br>SAN ANTONIO, TX 78265-9602 | 3,393.82<br>344826/00012 | 0.00 % | UNSECURED<br>PERMO:<br>1466 | 0.00 |
| San Antonio Credit Union<br>Attn: Bankruptcy<br>PO Box 1356<br>San Antonio, TX 78295 | 184.00<br>286020/00014 | 0.00 % | UNSECURED<br>PERMO:<br>5144<br>LINE OF CREDIT | 0.00 |

## C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 12/18/2013. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically filed by
Mary K. Viegelahn, Chapter 13 Trustee